# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 19-03160-04-CR-S-RK |
| ANTWANAE L. MORGAN, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Thirteen and admitted to Forfeiture Allegation contained in the Superseding Indictment filed on February 18, 2020, is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                                             */s/ Roseann Ketchmark*
                                                                         **ROSEANN KETCHMARK**
                                                  **UNITED STATES DISTRICT JUDGE**

Date: January 28, 2022